United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, <br> Plaintiff <br><br> v. <br><br> Maikel Jose Moreno Perez, <br> Defendant. | ) <br> ) <br> ) <br> ) Criminal Case No. 23-20035-CR-Scola <br> ) <br> ) <br> ) |

### **Order Transferring Case to Fugitive Status**

This matter is before the Court *sua sponte*. On January 26, 2023, an indictment was randomly assigned to the undersigned. Since the defendant has not made an initial appearance, he is transferred to fugitive status.

**Done and Ordered** at Miami, Florida on February 7, 2023.

Robert N. Scola, Jr.
United States District Judge

cc: AUSA Michael N. Berger